UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN C PARRA-INTERIAN,

               Petitioner,

v.

RON HAYNES,

               Respondent.

No. 3:18-CV-05335-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation [Dkt. 9].

(2) Petitioner's "Motion to Withdraw Petition Without Prejudice" [Dkt. 8] is granted. The federal habeas Petition [Dkt. 1-1] is dismissed without prejudice and the Motion to Proceed *In Forma Pauperis* [Dkt 1] is denied as moot.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 6th day of August, 2018.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1